[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 22 2024

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

OcEANUS PERRY
C/o #65754-061

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 24-50119

(To be supplied by the Clerk of this Court)

THOMSON SMU STAFF: CAPTAIN AVERY; U/MGR KAREN SMIDDY; S.I.S. LT. BUNGARD; LT. SEARS; LT. N. BOWMAN; LT. Z. DENNISTON; LT. K. DUGDALE; OFFICER (Ofc.) K. PICHA; A. BOUSE; J. DOLS; D. SWARD; B. SCHWARTZ; ROUZEE; J. VENARD; MIGUEL; A. JOHNSON; A. GRUNWALD; K. WILLIAMS; GATSON; BRADSHAW; D. BEER; Q. BARKER (BARKER-BEY); D. HALBERG; T. SCHLEOVEL; NURSES- K. MILLER; C. HORST; B. TAYLOR; DARLENE JOBIN; HIESTER; C. WIEMERA; DOCTOR - JUSTIN STERRET; H. SERV. ADMIN. - TIMOTHY MOISANT; UNKNOWN STAFF; CASE MGR. - E. CONOVER.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

NOTICE: THE ENCLOSED FACTUAL STATEMENT WAS MADE UNDER PENALTY OF PERJURY (28§1746)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: OCEANUS PERRY

B.    List all aliases: PERRY

C.    Prisoner identification number: 65754-045

D.    Place of present confinement: U.S. PENITENTIARY - COLEMAN 1

E.    Address: BOX 1033 - COLEMAN, FLORIDA 33521

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Mr. AVERY

Title: CAPTAIN

Place of Employment: THOMSON SMU | 1100 ONE MILE ROAD | THOMSON, ILLINOIS

B.    Defendant: KAREN SMIDDY

Title: UNIT MANAGER

Place of Employment: THOMSON

C.    Defendant: MR. BUNGARD

Title: SPECIAL INVESTIGATIONS SUPERVISOR

Place of Employment: THOMSON

(If you have more than three defendants, then all additional defendants must be listed. according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: Mr. SEARS
   Title: LIEUTENANT
   Place of Employment: THOMSON

E. Defendant: MR. N. BOWMAN
   Title: LIEUTENANT
   Place of Employment: THOMSON

F. Defendant: MR. Z. DENNISTON
   Title: LIEUTENANT
   Place of Employment: THOMSON

G. Defendant: MR. K. DUGDALE
   Title: LIEUTENANT
   Place of Employment: THOMSON

H. Defendant: MR. K. PICHA
   Title: CORRECTIONS OFFICER (C. OFC.)
   Place of Employment: THOMSON

I. Defendant: MR. A. BOUSÉ
   Title: (C. OFC.)
   Place of Employment: THOMSON

J. Defendant: MR. J. DOLS
   Title: (C. OFC.)
   Place of Employment: THOMSON

2 (cont.-A)

K. Defendant: MR. D. SWARD
   Title: (C. Ofc.)
   Place of Employment: THOMSON

L. Defendant: MR. B. SCHWARTZ
   Title: (C. Ofc.)
   Place of Employment: THOMSON

M. Defendant: MR. ROUZEE
   Title: (C. Ofc.)
   Place of Employment: THOMSON

N. Defendant: MR. J. VENARD
   Title: (C. Ofc.)
   Place of Employment: THOMSON

O. Defendant: MR. MIGUEL
   Title: (C. Ofc.)
   Place of Employment: THOMSON

P. Defendant: MR. A. JOHNSON
   Title: (C. Ofc.)
   Place of Employment: THOMSON

Q. Defendant: MR. A. GRUNWALD
   Title: (C. Ofc.)
   Place of Employment: Thomson

2 (cont.-B)

R. Defendant: Ms. K. Williams
   Title: (C. Ofc.)
   Place of Employment: Thomson

S. Defendant: Ms. Gatson
   Title: (C. Ofc.)
   Place of Employment: Thomson

T. Defendant: Ms. Bradshaw
   Title: (C. Ofc.)
   Place of Employment: Thomson

U. Defendant: Mr. D. Beer
   Title: (C. Ofc.)
   Place of Employment: Thomson

V. Defendant: Mr. Q. Barker (Barker-Bey)
   Title: (C. Ofc.)
   Place of Employment: Thomson

W. Defendant: Mr. D. Halberg
   Title: (C. Ofc.)
   Place of Employment: Thomson

X. Defendant: Mr. T. Schleovel.
   Title: (C. Ofc.)
   Place of Employment: Thomson

2(cont.-c)

Y. Defendant: Mrs. K. Miller
   Title: Nurse
   Place of Employment: Thomson

Z. Defendant: Connie Horst
   Title: Nurse
   Place of Employment: Thomson

AA. Defendant: B. Taylor
   Title: Nurse
   Place of Employment: Thomson

BB. Defendant: Darlene Jobin
   Title: Nurse
   Place of Employment: Thomson

CC. Defendant: Ms. Hiester
   Title: Nurse
   Place of Employment: Thomson

DD. Defendant: Ms. C. Wiemera
   Title: Nurse
   Place of Employment: Thomson

EE. Defendant: Mr. Justin Sterret
   Title: Doctor
   Place of Employment: Thomson

FF. Defendant: Timothy Moisant
   Title: Health Services Admin.
   Place of Employment: Thomson

GG. Defendant: Mr. Earnest Conover
   Title: Case Manager
   Place of Employment: Thomson

(cont'd)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: OCEANUS PERRY
21-CV-50246

B.    Approximate date of filing lawsuit: July, 2023 (4th AMENDED COMPLAINT)

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: OCEANUS PERRY

D.    List all defendants: VANESSA GARCIA, CHASITY BUNGARD, CONNIE HORST, ANDREW SIMCOX, C. WIEMERA, MADISON TROUTMAN, K. MULLER, D. SWEENEY, MIRANDA BERGMAN, ANDREW LIOLLI, N. SIZZLER, TIMOTHY MoISANT, et al.

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

F.    Name of judge to whom case was assigned: Iain D. JOHNSTON

G.    Basic claim made: EXCESSIVE USE OF FORCE
DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.    Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

CONSTITUTIONAL RIGHT AGAINST CRUEL & UNUSAL PUNISHMENT VIOLATION. (EXCESSIVE USE OF FORCE & DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS).

* INMATE OCEANUS PERRY (REGISTER No. 65754-061) WAS REPEATEDLY ASSAULTED (PHYSICALLY & SEXUALLY) WHILE IN HARD RESTRAINTS & ALSO IN FOUR-POINT/OVER-HEAD (SPREAD EAGLE) RESTRAINTS WHICH WAS CALCULATED AS PART OF RACIST/WHITE SUPREMIST STAFF'S RETALIATION FOR A FABRICATED ASSAULT ON A WHITE THOMSON-S.M.U. STAFF MEMBER. SAID ASSAULTS WERE OBJECTIVELY UNREASONABLE DUE TO INMATE PERRY (ABOVE) BEING IN RESTRAINTS AT THE TIME OF EACH ASSAULT WHICH IS A CLEAR FACT ON THE FACE OF 40 (FORTY) PAGES OF ATTACHED EXHIBITS.

** NAMED MEDICAL STAFF OPENLY, VERBALLY, AND CONTINU-ALLY REFUSED INMATE PERRY (ABOVE) MEDICAL CARE, IN TOTAL, WHILE INMATE WAS IN RESTRAINTS, AND THEN

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DENIED INMATE PERRY (ABOVE) ADEQUATE MEDICAL CARE POST RESTRAINT: DUE TO NO THOMSON MEDICAL (STAFF) BEING A QUALIFIED SPECIALIST (IN THE NECESSARY/RELATED TO PARTICULAR INJURIES) REQUIRED TO CONSULT/ASSESS INMATE PERRY'S SPECIFIC INJURIES-SOME OF WHICH BY THEIR NATURE COULD HAVE BEEN LESSENED IN SEVERITY AND/OR CURED HAD SAID INMATE BEEN TAKEN TO AN INDEPENDANT/OUTSIDE/THIRD-PARTY SPECIALIST IMMEDIATELY AFTER BEING RELEASED FROM RESTRAINTS. (FAILURE EVEN TO ESCORT INMATE TO "MERCY ONE" LOCAL HOSPITAL DISPLAYS MENS REA OF CONCEALMENT OF INJURIES TO COVER MISCONDUCT AND LEAVE INMATE [ABOVE] IN PAIN AS MEANS OF CONTINUED FORM OF PUNISHMENT - SADISTIC & MALICOUS IN NATURE).

THE HISTORY OF THOMSON'S MEDICAL RECORDS ARE INADEQUATE DUE TO NOT DOCUMENTING INMATE TREATMENT REQUES

⇒ FOLLOWING CLAIMS ARISE FROM MARCH 17TH TO MARCH 21ST, 2022 EVENTS (FOR ASSAULT & TOTAL MEDICAL DENIAL) WHERE THOMSON- SMU, STAFF INTENTIONALLY AND REPEATEDLY ASSAULTED INMATE OCEANUS PERRY IN RESTRAINTS DIRECTLY CAUSING INJURIES (INCLUDING BUT NOT LIMITED TO) PERMANENT NERVE DAMAGE, EXCESSIVE SCARRING ON BACK-WRISTS-ANKLES, RIGHT SHOULDER JOINT PAIN & DESTABILIZATION, NARROWING OF DISCS IN LOWER BACK, FLESH-EATING BACTERIA/RESTRAINT POISONING, & PTSD- PSYCHOLOGICAL TRAUMA. (SEE "INJURY AFFIDAVIT" ATTACHED). INMATE WAS SABOTAGED IN THE FILING OF THE RELATED GRIEVANCES/ADMIN. REMEDIES BY UNIT TEAM MEMBERS/DEFENDANTS (KAREN SMIDDY, E. BARNES, AND ERNST CONOVER). SEE REMEDY ID: 1119499-A1; 1129038-R1; 1124279-R1; 126813-F1; 127149-F1

Revised 9/2007

* CLAIM CONTINUATION * PAGES (7 TOTAL) ATTACHED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CLAIM
– CONTINUATION PAGE –

On March 17 of 2022, I was placed in ambulatory restraints in G-3 housing unit's cell (#323) in ambulatory restraints around 12PM. Several minutes later, Lieutenant (Lt.) Z. Denniston entered the room and served me incident reports (I/Report) for threatening staff and for staff assault. Lt. Z. Denniston asked me if I had a statement to make and then I stated that I had been threatened by the same staff whom wrote the incident reports that I would be punished/assaulted if I did not drop my lawsuit against staff. (See case 21-cv-50246, N. District of Illinois). I failed to drop said suit and the fraudulent and retaliatory I/Reports were written. Next, Lt. Z. Denniston slapped me in the face with the hand which held the I/Reports and then he yelled "we do not care what happened! We only care about what you were accused of!" Then, he dropped the I/Reports and left the restraint cell and radioed for the cell door to be closed. Several minutes later, Corrections Officer (J. Dols) came to the door of the restraint cell and stated "we are going to come in there, kick your ass, and then put you in four-points". I asked to see J. Dols name-tag and he displayed it to me and then he left the cell door. During the following two-hour restraint check, Officer (D. Sward) and several unknown officers violated policy by entering the restraint cell without a lieutenant being present. Prior to the cell door opening, I customarily was ordered to lay down on the concrete restraint block while while staff were in the cell. A medical assessment was conducted by a Nurse (A. Simcox) and directly after the

[cont. 1 of 7]

nurse exited the cell, Officer (D. Sward) asked the officers in the cell "are you ready?" Next, D. Sward and another staff member began punching me and attempted to pull me off of the concrete block that I was laying on. Upon witnessing that staff was having difficulty pulling me off of the block, unknown staff pressed the duress button on their radio causing the additional staff (some of which were waiting in an unassigned area in anticipation of the planned assault) to run into the restraint cell and assist staff in pulling me off of the restraint block and onto the floor while also assisting in assaulting me. Among the known and unknown staff assisting in my assault were Officers (A. Bouse, J. Dols, and D. Sward) and S.I.S. Lt. (Bungard) and G-Unit Case Manager (Ernest Conover, Officers (K. Picha, B. Schwartz, Rouzee, and T. Schleovel).

Now, Lt. Z. Denniston ran into the restraint cell, climbed on top of the concrete restraint block that I formerly occupied, and began directing staff on tactics to assault me. During that time, D. Sward sexually assaulted me by grabbing and then fondling my testicles before twisting and forcibly pulling them. Next, Sward forced his thumb between my buttocks attempting to force his thumb into my rectum. Those acts were done while D. Sward made sounds associated with sexual gratification. (i.e. "oooh", "aaah", et cetera). D. Sward has extensive history of sexual misconduct and unjustified assaults against African-American inmates. Next, Lt. Denniston ordered A. Bouse to hold my head against the concrete restraint block while he punched my head so that I could not move it and Bouse then could "get a clean shot".

After the assault was over, Lt. Denniston directed staff on how to pose/arrange my body so that Denniston could take photos

to give the appearance that I "jumped off of the restraint block and assaulted staff". Next, Lt. Denniston asked staff present "who wants to say that Perry assaulted them for the report?" Officers (A.Bouse and D.Sward) raised their hands saying that they would do it. D.Sward wiggled his thumb at me and smiled at which time I observed that his rubber/latex gloved-hand was torn at the thumb causing me to recall my sexual assault.

I was lifted off of the floor and laid back on the block and four-point restraints were applied. (Both arms chained over my head to a metal box containing multiple rings, on the top and sides, which staff illegaly welded to the floor at the top of the restraint block). Lt. Denniston notified me that I would remain in that style of four-point restraints "because you assaulted staff". I notified Lt. Denniston that the chains on my wrist and ankles were being applied much too tight which was placing strain on my diaphram making it hard for me to take a complete breath which could kill me due to the fact that my lung capacity was weak already from being asmatic. He replied "that's the whole idea". D.Sward stated "the only reason we do not kill you right now is because we killed a guy in a wheel chair last week and we are under investigation".

After staff exited the cell, I remained in four-point restraints, despite being totally compliant with all policy/rules, from 4pm on March 17 untin 12pm on March 21, without food or water and being denied use of toilet which forced me to lay continuously in my bodily waste causing rashes and chemical burns on my skin along with dehydration and starvation. I was repeatedly assaulted during each two-hour restraint check.

I maintained my complete innocence during my restraint term.

[cont. 3 of 7]

Furthermore, I requested that staff review the camera footage, related to the I/reports, to prove my claim of innocence to the fraudulent I/reports. From Friday, March 18, until I was released from restraints on March 21, staff (Lt. N. Bowman, Lt. Sears, Lt. K. Dugdale, Captain Maruka, Unit Manager, and Officers - A. Grunwald, Venard, D. Sward, K. Williams, J. Dols) repeatedly attempted to have me sign a false confession to the false allegations against me in order to attempt to justify my torture for over 90 (ninety) uninterrupted hours. Staff knowingly used torture tactics initally to punish me and then to conceal misconduct through a false confession. That fact was emphasised on Sunday, March 20, when Captin Maruka, Unit Manager - K. Smiddy, and Lt. K. Dugdale entered the restraint cell with pen and paper. During which time, the Captain said "if you want the pain to stop, just sign this confession".

Lt. Sears, Lt. Bowman, Officer J. Dols, Officers A. Bouse, and D. Sward gave photo copies of the fradulent incident reports to all G-Housing Unit First and Second-Shift staff and then used peer pressure and/or intimidation to force the same staff to enter the restraint cell and assault me. Said staff included, but were not limited to the folbwing: Officers (A. Johnson, K. Williams, Gatson, Bradshaw, Smith, Roberts, Beer, Miguel, B. Schwartz, Rouzee, and D. Halberg).

After being released from restraints and being placed in a regular cell, I notified Warden Gonzales and Health Services Administrator (T. Moisant) of being repeatedly assaulted while in restraints without cause and that Nurses (Kiara

[cont. 4 of 9]

Miller, B. Taylor, Darlene Jobin, Heister, and C. Wiemera, C. Horst) refused me medical treatment despite my verbalized requests and the obvious need for assistance which included bleeding of my forehead and face, left ear, both wrists along with both ankles. Most alarming was the fact that the named nurses repeatedly stated that I would not receive any treatment, at that time or in the future, because I was alleged to have assaulted Nurse C. Bungard. Nurse Kira Miller encouraged officers to cause my restraints to be tighter and also forcably pulled on my restraints with the intent to cause me additional pain. I now suffer scarrafacation and nerve damage nearly two years after being released from restraints. I am also experiencing joint destablization in my right shoulder, narrowing of discs in my lower back, loss of 80% hearing in my left ear, and psychological trauma (P.T.S.D.) all due to known problematic staff's criminal conspiracy to retaliate against me for assaulting a nurse which was proved never to have occurred. The Freport was dismissed.

On Nov. 9, 2022 I spoke to and gave written notice of assault & treatment denial to Dir. C.S. Peters. During my period of being tortured while in restraints, I notified Psychology staff in an attempt to have Psychology staff utilize the "whistle-blower" provision of Bureau Of Prisons policy which would have prevented further assaultive criminal misconduct by Thomson-SMU staff. However, all psychology staff that I notified failed to report misconduct at the time I gave them notice, or intervene on my behalf. The only exceptions were Dr. Brunn and Treatment-Specialist (Mr. Green) whom both made reports and notified S.I.A.-T. Herlich in April and May of 2022. Of the non-compliant

[Cont. 5 of 9]

psychology staff that I was able to give notice to while I was being tortured, Treatment-Specialist (Patrick McClain) stated that "there is nothing that I can do. You will just have to bear with it." Dr. J. Levy came to the restraint cell and stated that what torture that I was experiencing was "to be expected" anytime an inmate was accused of assaulting staff. Most alarming was the statement made by Psychologist (Dr. Exener) who exposed her white supremist ideology as rationale for Exener's agreement with the torture I was suffering under. She said that "they", which I took to mean Whites, "have to teach you Blacks to keep your hands off of White women. If this was 'back in the days', you would have been hung!." Exener gave me a similar explination, around May 22 of 2022, after Inmate L. Ginyard who was so mentally disturbed that he was being forced-medicated and deemed unfit to have cellmates, was transfered to Allenwood's psychiartic program directly upon leaving my cell.

Despite my enduring over 90 (ninety) hours of torture, multiple staff, such as Captain Avery and Lt. K. Dugdale, notified me that I would eventually be released from restraints, but would remain in G-3 housing unit, subject to sensory deprivation due to blocked windows, and face retaliation until I left Thomson-SMU program. On Sunday, March 20 of 2022, Lt. K. Dugdale and Officer J. Dols entered the restraint cell in the morning during which time K. Dugdale threatened me. In particular, K. Dugdale stated "I have some bad news for you. First, you are being resubmitted to the SMU. That will give us at least nine more months to make your life a living hell. Second, you are going to

eventually get out of restraints. The Captain wants you to remain in restraints, but I am tired of smelling you laying here in your own piss and shit. So when you come out of restraints, I am going to put you in a cell with 'Ginyard'. Do you know who that is?" I replied that I did not. Officer J. Dols began to laugh. Then, K. Dugdale said "Ginyard is crazy. He shits on the floor and then wipes it on the walls and everywhere else. He does not ever wash or shower and he likes to jack-off on old ladies. He has a cock as long as my forearm which you will get to see. We are going to see if we can get him to rape you. We are going to put you in a cell with nothing in it. You have got nothing coming. That is what I think about what you did". Next, both staff members exited the cell.

On Monday, March 21 of 2022, before noon, I was released from restraints and given paper clothing. I was escorted to cell #326 in G-3 unit by Officer A. Grunwald whom attempted to trip/throw me down the stairs. When I arrived at cell #326, Inmate C. Ginyard was in the cell. I was not given clothing, shoes, a mattress, hygiene items, eating utensils, mail, or toilet paper for over a month. (See Admin. Remedies 126813-F1 & 127149-F1).

On Thursday, March 24 of 2022, I was interviewed by F.B.I. Special Agent (D. Westman) allegedly out of the Rockford, Illinois F.B.I. office. The interview was recorded and Thomson's SIS, Lt. M. Dugdale (Lt. K. Dugdale's wife) was present as part of the "criminal matter referral" related to Nurse C. Bungard's fabricated assault. I gave Agent Westman notice of my being tortured, denial of medical care and living necessities. However, D. Westman failed to report the misconduct or order medical treatment. (Since then, I have exhausted available remedies despite sabotage and/or refusal of forms by E. Barnes and Karen Smiddy. ⌈cont. 7 of 7  ⌋(S) OCEANUS PERRY (28 U.S.C. § 1746).

# ✱ AFFIDAVIT OF INMATE INJURIES ✱

Oceanus Perry claimant;

       V.                 SS.

USA; DEPT. OF JUSTICE; F.B.O.P.;

ADMIN. U.S.P. - THOMSON (SMU) STAFF.
          Tortfeasors.

---

I, Oceanus Perry, herein "Claimant", do so now knowingly make the following factual statement under penalty of Perjury (28 §1746):

1.) That, Due to being assaulted, while in restraints, I have lost most of my ability to hear in my left ear;

2.) That, I have continual pain and joint destablization in my right shoulder resulting from Officer J. Dols, Officer K. Williams, and Officer Venard repeatedly and forcibly pulling and twisting my right arm while I was in four-point restraints;

3.) That, Officer J. Dols stated "I want to make sure that you never use this arm again" (right arm);

4.) That, Lieutenants Z. Denniston, Lt. Sears, and Officers A. Grunwald and D. Sward stated that they were aware that my restraints were "dirty" and hoped that was infected;

✱ NOTE: Photos of injuries taken by SIA. (J. Herlich and Riccardi on 11/2022 & 12/2022) ✱

(Page 1 of 2)

5.) That, Lt. Sears and Lt. K. Dugdale gave orders to each officer present during two-hour restraint checks to "make sure his restraints are as tight as possible" and also tightened and forcibly pulled my restraints until I yelled-out/screamed in pain. I received excessive scarring and continual pain in hands and feet to date;

6.) That, Nurse K. Miller gave correctional staff orders to tighten my restraints as punishment for my alleged assault of Nurse C. Bungard and Miller stated she did not want me to be able to use my hands again;

7.) That, Officer A. Grunwald grabbed my bodily waste off of the restraint block and smeared it on my face before shoving/forcing two fingers containing the waste in my mouth while saying "uuhm, uuhm, good like Campel's soup";

8.) That, No lieutenant ever authorized me to be released from four-point restraints in order to use the toilet and forced me to lie in my bodily waste from 3/17/22 to 3/21/22 which caused chemical burns on my skin and scarring

9.) That, Officer D. Sword sexually assaulted me and sexually harassed me several times while I was in restraints. On 3/17/2022, he fondled my testicles and shoved his thumb between my buttocks, he late used the edge of the safety shield to scar my penis by using the shield edge in saw motion.

*Further Affiant sayth not *

(s) Oceanus Perry
    (Claimant)

Date Done: This 11th of March, 2024

(Page 2 of 2)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ALL CLAIMS BROUGHT AGAINST DEFENDANTS (BOTH NAMED AND UNKNOWN AT THIS TIME) IN THEIR OFFICIAL & INDIVIDUAL CAPACITIES -FOR DAMAGES (COMPENSATION & PUNITIVE) IN THE SUM TOTAL OF TEN-MILLION DOLLARS ($10,000,000.00) AND ANY OTHER REMEDIES DEEMED APPROPRIATE BY THE COURT. → REQUEST JURY TRIAL. AND ALSO APPOINTMENT OF COUNSEL DUE TO CASE COMPLEXITY AND GREAT SCOPE OF DISCOVERY.

**VI.    The plaintiff demands that the case be tried by a jury.** ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10TH__ day of __MARCH__, 20__24__

_(s) Oceanus Perry_____
(Signature of plaintiff or plaintiffs)

OCEANUS PERRY_____
(Print name)

C/o # 65754-061_____
(I.D. Number)
U.S.P.-COLEMAN 1_____

P.O. BOX 1033_____

COLEMAN, FLORIDA 33521_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EXHIBITS —
(42 pg. TOTAL)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 03/17/2022 12:12 | | Provider: Horst, C. RN | | Unit: H02 |

Injury Assessment - Non-work related encounter performed at Housing Unit.

**SUBJECTIVE:**

**INJURY 1    Provider:** Horst, C. RN

**Date of Injury:** 03/17/2022 11:48    **Date Reported for Treatment:** 03/17/2022 12:00

**Work Related:** No    **Work Assignment:** A&O COMPLT

**Pain Location:**

Pain Scale: 6

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Hotel unit  Rotunda next to front slider

**Cause of Injury (Inmate's Statement of how injury occurred):**

Inmate states, "My right wrist hurts".

**Symptoms (as reported by inmate):**

Inmate states, "My right wrist hurts".

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/17/2022 | 12:00 | 95 | | | Horst, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/17/2022 | 12:00 TOM | 16 | Horst, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/17/2022 | 12:00 TOM | 163/84 | | | | Horst, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/17/2022 | 12:00 TOM | 99 | Room Air | Horst, C. RN |

**Exam:**

**General**

**Affect**

Yes: Agitated, Anxious

**Ears**

**External Ear**

Yes: Within Normal Limits

**Neck**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 03/17/2022 12:12 | Provider: Horst, C. RN | | Unit: H02 |

### General
Yes: Within Normal Limits

### Pulmonary
**Observation/Inspection**
Yes: Within Normal Limits

### Cardiovascular
**Observation**
Yes: Within Normal Limits

### Peripheral Vascular
**Arms**
Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**
Yes: Capillary Refill Normal

## ASSESSMENT:

Altercation Assessment-No Injury Identified

Inmate was medically assessed in Golf rotunda following CUOF in Hotel unit. No chemical munitions were used. Inmate states, "My right wrist hurts from restraints". PERRLA. Oral mucosa pink and intact. Vital signs were stable. Skin to back, chest, arms, legs, and knuckles intact. No obvious deformities to right wrist at this time but will reassess with next restraint check. Restraints are adequate to all 4 extremities with good cap refill noted. No further medical attention necessary at this time.

Restraint check due to inmate being placed in ambulatory restraints. Restraints do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities. Inmate moves from one position to another and ambulates about the cell with ease. Vital signs taken, the inmate appears medically stable. Inmate able to use the bathroom provided in the cell. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries noted during exam.

## PLAN:

### Disposition:
Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours
Injury level 1

### Other:
Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/17/2022 | Counseling | Access to Care | Horst, C. | Verbalizes Understanding |
| 03/17/2022 | Counseling | Plan of Care | Horst, C. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Horst, C. RN on 03/17/2022 13:55

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 | |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM | |
| Encounter Date: 03/17/2022 12:12 | Provider: Horst, C. RN | Unit: H02 | |

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/17/2022 12:12 | Provider: | Horst, C. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 03/17/2022 14:11.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M  Race: BLACK | Facility: TOM |
| Encounter Date: 03/17/2022 16:36 | Provider: Simcox, J RN | Unit: G03 |

Injury Assessment - Non-work related encounter performed at Other.

**SUBJECTIVE:**

**INJURY 1**        **Provider:** Simcox, J RN

**Date of Injury:** 03/17/2022 16:05        **Date Reported for Treatment:** 03/17/2022 16:15

**Work Related:** No        **Work Assignment:** A&O COMPLT

**Pain Location:**

Pain Scale: 0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Gulf Unit, Range 3, Cell 23

**Cause of Injury (Inmate's Statement of how injury occurred):**

"My tooth is loose, I broke a rib, and got kicked in the balls"

**Symptoms (as reported by inmate):**

No specific symptoms verbalized

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/17/2022 | 16:15 TOM | 98.6 | 37.0 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/17/2022 | 16:15 | 116 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/17/2022 | 16:15 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/17/2022 | 16:15 TOM | 142/77 | Left Arm | Lying | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/17/2022 | 16:15 TOM | 96 | Room Air | Simcox, J RN |

**Exam:**

**General**

**Affect**

Yes: Irritable, Agitated

**Appearance**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 | |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM | |
| Encounter Date: 03/17/2022 16:36 | Provider: Simcox, J RN | Unit: G03 | |

Yes: Alert & Oriented to Person

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**Peripheral Vascular**

**Arms**

Yes: Radial Pulse Normal

**Legs**

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Injury assessment following immediate use of force during restraint check which involved inmate being transitioned from ambulatory to four point restraint. OC not utilized during incident. The head, mouth, torso (including back), upper and lower extremities distal to restraints are visualized with no injury seen. The head, back, intercostal area, upper and lower extremities are palpated- at which time inmate exhibited no guarding or sensitivity.

Four point restraints applied. Restraint devices do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting to be offered. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. No injuries observed during this exam.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up in 2-4 Hours

Injury level 1

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/17/2022 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 03/17/2022 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 03/17/2022 17:44

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/17/2022 16:36 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 03/18/2022 08:55.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/17/2022 22:01 | Provider: Simcox, J RN | Unit: G03 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Simcox, J RN

    Chief Complaint: No Complaint(s)

    Subjective: Four Point Restraint Check

    **Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/17/2022 | 22:01 TOM | 98.4 | 36.9 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/17/2022 | 22:01 | 103 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/17/2022 | 22:01 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/17/2022 | 22:01 TOM | 134/73 | Left Arm | Lying | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/17/2022 | 22:01 TOM | 100 | Room Air | Simcox, J RN |

**Exam:**

**General**

  **Affect**

    Yes: Cooperative, Irritable

  **Appearance**

    Yes: Alert & Oriented to Person

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

    No: Respiratory Distress

**Peripheral Vascular**

  **Arms**

    Yes: Radial Pulse Normal

  **Legs**

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/17/2022 22:01 | Provider: Simcox, J RN | Unit: G03 |

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint Check in Gulf Unit, Range 3, Cell 23 for inmate in four point restraint. Restraint devices do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. Inmate expressed concern about his "right shoulder", suggesting it is "dislocated". Inmate informed he could initiate cop out once out of restraint if shoulder remains concern to him. No injuries observed during this exam.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up in 4-8 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/17/2022 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 03/17/2022 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 03/17/2022 22:09

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M | Race: | BLACK |
| Encounter Date: | 03/17/2022 22:01 | Provider: Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 03/18/2022 08:56.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 03/18/2022 13:29 | Provider: Sweeney, D. RN | | Unit: G03 |

Nursing - Restraint Check encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Sweeney, D. RN

Chief Complaint: Other Problem
Subjective: Restraint check
**Pain:**        Yes
**Pain Assessment**

| | |
|---|---|
| Date: | 03/18/2022 12:00 |
| Location: | Multiple Locations |
| Quality of Pain: | Sharp |
| Pain Scale: | 6 |
| Intervention: | rest, reposition |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 12-24 hours |
| Duration: | 12-24 Hours |
| Exacerbating Factors: | due to restraints |
| Relieving Factors: | rest repositioning |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**General**
   **Affect**
      Yes: Cooperative
   **Appearance**
      Yes: Alert and Oriented x 3
**Skin**
   **General**
      Yes: Dry, Warmth
**Head**
   **General**
      Yes: Symmetry of Motor Function
**Eyes**
   **General**
      Yes: PERRLA

| | |
|---|---|
| Inmate Name: PERRY, OCEANUS | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/18/2022 13:29 | Provider: Sweeney, D. RN | Unit: G03 |

**Ears**

    **External Ear**

        Yes: Within Normal Limits

**Nose**

    **General**

        Yes: Nares Patent

**Face**

    **General**

        Yes: Symmetric

**Lips**

    **General**

        Yes: Within Normal Limits

**Neck**

    **General**

        Yes: Supple

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

**Cardiovascular**

    **Observation**

        Yes: Within Normal Limits

**Peripheral Vascular**

    **Arms**

        Yes: Radial Pulse Normal, Capillary Refill Normal

    **Legs**

        Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**Abdomen**

    **Inspection**

        Yes: Within Normal Limits

**ASSESSMENT:**

    Other

    Restraint check due to inmate being placed in 4 point restraints. Restraints do not move freely and all 4 were repositioned by LT. they do not compromise airway, breathing or circulation. Left arm rotated to neutral position by LT. No swelling or injuries noted at or distal to restraints in all 4 extremities but creases from moving restraints on skin are leaving intact indentations on ankles. Lt again repositioned the cuffs Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is provided in the cell and by custody. Inmate offered meals per custody protocol. Inmate will be offered to use the bathroom provided in the cell per custody. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries noted during exam. Inmate complaining of pain in general and right shoulder reassessed with no change in status.

**PLAN:**

**Disposition:**

    Follow-up in 2-4 Hours

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/18/2022 13:29 | Provider: Sweeney, D. RN | Unit: G03 |

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/18/2022 | Counseling | Access to Care | Sweeney, D. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Sweeney, D. RN on 03/18/2022 13:33

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/18/2022 12:00 | Provider: Sweeney, D. RN | Unit: G03 |

Nursing - Restraint Check encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1     Provider: Sweeney, D. RN

     Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

     Subjective: Restraint check

**Pain:**      Yes

**Pain Assessment**

     Date:      03/18/2022 12:43

     Location:      Multiple Locations

     Quality of Pain:      Sharp

     Pain Scale:      6

     Intervention:      rest repositioning

     Trauma Date/Year:

     Injury:

     Mechanism:

     Onset:      12-24 hours

     Duration:      12-24 Hours

     Exacerbating Factors:      due to restraints

     Relieving Factors:      repositioning

     Reason Not Done:

     Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/18/2022 | 12:00 TOM | 98.0 | 36.7 | Forehead | Sweeney, D. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/18/2022 | 12:00 | 91 | Via Machine | | Sweeney, D. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/18/2022 | 12:00 TOM | 16 | Sweeney, D. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/18/2022 | 12:00 TOM | 156/78 | Left Arm | Lying | Adult-large | Sweeney, D. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

See Amendment

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M    Race:   BLACK | Facility: | TOM |
| Encounter Date: | 03/18/2022 12:00 | Provider: | Sweeney, D. RN | Unit: | G03 |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 03/18/2022 | 12:00 TOM | 95 | Room Air | Sweeney, D. RN |

**Exam:**

**General**

  **Affect**

    Yes: Cooperative

  **Appearance**

    Yes: Alert and Oriented x 3

**Skin**

  **General**

    Yes: Dry, Warm

**Head**

  **General**

    Yes: Symmetry of Motor Function

**Eyes**

  **General**

    Yes: PERRLA

**Ears**

  **External Ear**

    Yes: Within Normal Limits

**Nose**

  **General**

    Yes: Nares Patent

**Face**

  **General**

    Yes: Symmetric

**Lips**

  **General**

    Yes: Within Normal Limits

**Neck**

  **General**

    Yes: Supple

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits

**Peripheral Vascular**

  **Arms**

    Yes: Radial Pulse Normal, Capillary Refill Normal

  **Legs**

    Yes: Dorsalis Pedis Normal, Capillary Refill Normal

See Amendment

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| --- | --- | --- |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/18/2022 12:00 | Provider: Sweeney, D. RN | Unit: G03 |

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**ASSESSMENT:**

Other

Restraint check due to inmate being placed in 4 point restraints. Restraints do not move freely and all 4 were repositioned by LT. they do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities but creases from moving restraints on skin are leaving intact indentations on ankles. Lt again repositioned the cuffs  Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is provided in the cell and by custody.  Inmate offered meals per custody protocol. Inmate will be offered to use the bathroom provided in the cell per custody. Airway patent, breathing normal, good pulses and capillary refill distal to the restraint in all 4 extremities. Skin is warm, dry, and has good color. No injuries noted during exam. Inmate complaining of pain in general and right shoulder reassessed with no change in status.

**PLAN:**

**Disposition:**

Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 03/18/2022 | Counseling | Access to Care | Sweeney, D. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Sweeney, D. RN on 03/18/2022 13:02

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCR

Cosign documentation will be displayed on the following page.

See Amendment

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/18/2022 13:29 | Provider: | Sweeney, D. RN | Facility: | TOM |

Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 03/21/2022 08:41.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex:  M  Race: BLACK | Facility: | TOM |
| Encounter Date: | 03/19/2022 05:51 | Provider: Miller, K RN | Unit: | G03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Miller, K RN

Chief Complaint:  No Complaint(s)
Subjective:   Four point restraint check.
**Pain:**    No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/19/2022 | 05:51 TOM | 97.4 | 36.3 | Temporal | Miller, K RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/19/2022 | 05:51 | 82 | Via Machine | | Miller, K RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/19/2022 | 05:51 TOM | 16 | Miller, K RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/19/2022 | 05:51 TOM | 142/78 | Right Arm | Lying | Adult-large | Miller, K RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/19/2022 | 05:51 TOM | 98 | Room Air | Miller, K RN |

**Exam:**

**General**
  **Affect**
    Yes: Flat
    No: Pleasant, Cooperative
  **Appearance**
    Yes: Alert and Oriented x 3

**Skin**
  **General**
    Yes: Within Normal Limits, Dry

**Eyes**
  **General**
    Yes: PERRLA

**Mouth**

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/19/2022 05:51 | Provider: Miller, K RN | Unit: G03 |

**General**

Yes: Within Normal Limits

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

No: Cardiopulmonary Distress

**Peripheral Vascular**

**Arms**

Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**

Yes: Dorsalis Pedis Normal, Capillary Refill Normal

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Restraint check due to inmate being in four-point restraints. Inmate in supine position with left hand restrained above head, right arm restraints at side. Restraints move freely, do not compromise airway, breathing or circulation. Inmate denies any injuries. No swelling or injuries noted at or distal to restraints in all 4 extremities. Inmate able to move from one position to another. Vital signs are stable and the inmate appears to be medically stable at this time. Inmate does not show any signs of dehydration, oral mucosa moist. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam.

## PLAN:

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2022 | Counseling | Access to Care | Miller, K | No Participation |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Miller, K RN on 03/19/2022 06:07

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 03/19/2022 05:51 | Provider: | Miller, K RN | | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 03/21/2022 08:45.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 | |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM | |
| Encounter Date: 03/18/2022 22:01 | Provider: Simcox, J RN | Unit: G03 | |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Simcox, J RN

Chief Complaint: Numbness
Subjective: Four Point Restraint Check
**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/18/2022 | 21:54 TOM | 98.6 | 37.0 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/18/2022 | 21:54 | 74 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/18/2022 | 21:54 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/18/2022 | 21:54 TOM | 134/70 | Left Arm | Lying | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/18/2022 | 21:54 TOM | 98 | Room Air | Simcox, J RN |

**Exam:**

**General**
  **Affect**
    Yes: Cooperative

**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
    No: Respiratory Distress

**Peripheral Vascular**
  **Arms**
    Yes: Radial Pulse Normal

  **Legs**
    Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

Generated 03/18/2022 22:02 by Simcox, J RN        Bureau of Prisons - TOM        Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | | Sex: M Race: BLACK | | Facility: | TOM |
| Encounter Date: 03/18/2022 22:01 | | Provider: Simcox, J RN | | Unit: | G03 |

No Significant Findings/No Apparent Distress

Restraint Check in Gulf Unit, Range 3, Cell 23 for inmate in four point restraint. Restraint devices do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody-inmate accepted 30 cc's H20 during exam. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Inmate reported "numb" sensation in left upper extremity which Custody repositioned from above to below shoulder. Skin is warm, dry, with normal color. No injuries reported or observed during this exam.

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed
Follow-up in 4-8 Hours

### Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/18/2022 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 03/18/2022 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 03/18/2022 22:02

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/18/2022 22:01 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 03/21/2022 08:45.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 03/19/2022 08:00 | Provider: Sweeney, D. RN | Unit: | G03 |

Nursing - Restraint Check encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Sweeney, D. RN

Chief Complaint: Other Problem
Subjective: Restraint check
**Pain:** No

**OBJECTIVE:**

**Exam:**

**General**
  **Affect**
    Yes: Cooperative
  **Appearance**
    Yes: Alert and Oriented x 3

**Skin**
  **General**
    Yes: Dry, Warmth
  **Trauma**
    Yes: Abrasion

**Head**
  **General**
    Yes: Symmetry of Motor Function

**Eyes**
  **General**
    Yes: PERRLA

**Ears**
  **External Ear**
    Yes: Within Normal Limits

**Nose**
  **General**
    Yes: Nares Patent

**Lips**
  **General**
    Yes: Within Normal Limits

**Neck**
  **General**
    Yes: Within Normal Limits

**Pulmonary**

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 03/19/2022 08:00 | Provider: Sweeney, D. RN | Unit: G03 |

### Observation/Inspection
Yes: Within Normal Limits

## Cardiovascular

### Observation
Yes: Within Normal Limits

## Peripheral Vascular

### Arms
Yes: Radial Pulse Normal, Capillary Refill Normal

### Legs
Yes: Dorsalis Pedis Normal, Capillary Refill Normal

## Abdomen

### Inspection
Yes: Within Normal Limits

## ASSESSMENT:

Other

Restraint check due to inmate being placed in 4 point restraints. Restraints are restrictive and do not move freely. This writer advised Lt. that restraints needed to be loosened and that arm needed to be in a more neutral position. Lt to adjust restraints post medical request. The restraints do not compromise airway, breathing or circulation. There is slight swelling at both wrists and small areas of abrasions on both wrists. There are no injuries to ankles but inmate has intact indentations in skin. Lt asked to reposition and loosen restraints for which he stated he would post medical exam as psychology was waiting to interview inmate as well. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water offered and refused by medical. Water is provided in the cell. Inmate will be offered meals per custody protocol. Custody will allow inmate to use the bathroom provided in the cell per custody protocol. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. Injuries noted above.

## PLAN:

## Disposition:

Follow-up in 2-4 Hours

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2022 | Counseling | Access to Care | Sweeney, D. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sweeney, D. RN on 03/20/2022 10:47

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M | Race: BLACK | Facility: TOM |
| Encounter Date: 03/19/2022 12:00 | Provider: Sweeney, D. RN | | Unit: G03 |

**Eyes**

  **General**

    Yes: PERRLA

**Ears**

  **External Ear**

    Yes: Within Normal Limits

**Nose**

  **General**

    Yes: Nares Patent

**Lips**

  **General**

    Yes: Within Normal Limits

**Neck**

  **General**

    Yes: Supple

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits

**Peripheral Vascular**

  **Arms**

    Yes: Radial Pulse Normal, Capillary Refill Normal

  **Legs**

    Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**Abdomen**

  **Inspection**

    Yes: Within Normal Limits

**ASSESSMENT:**

  Other

Restraint check due to inmate being placed in 4 point restraints. Restraints again do not move freely. Inmate has abrasions to bilateral wrists and cuffs removed to allow medical to clean and apply band aid to area to assist with cuffs not rubbing on skin. Medical again asked Lt to loosen and reposition inmate arms into more neutral position and this was done. Inmate lower extremities continue to have indentations and medical again asked Lt to loosen the restraints. Inmate encouraged to move hands while uncuffed and to reposition while on restraint bed to keep pressure off back and hips. The restraints do not compromise airway, breathing, and circulation. Some swelling remains in hands and all wrist injuries cared for and padded with band aids. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water again offered and refused by inmate. Water is provided in the cell. Inmate will be offered meals per custody protocol. Inmate able to use the bathroom provided in the cell per custody protocol. Airway patent, breathing normal, good pulses and capillary
refill distal to the restraints in all 4 extremities. Skin is cool, dry, and has good color.

**PLAN:**

**Disposition:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: | TOM |
| Encounter Date: 03/19/2022 12:00 | Provider: Sweeney, D. RN | | Unit: | G03 |

Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2022 | Counseling | Access to Care | Sweeney, D. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Sweeney, D. RN on 03/19/2022 12:44

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

See Amendment

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 03/19/2022 12:00 | Provider: Sweeney, D. RN | Unit: | G03 |

Nursing - Restraint Check encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Sweeney, D. RN

Chief Complaint:  Other Problem
Subjective:  Restraint check
Pain:        No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/19/2022 | 12:00 TOM | 98.0 | 36.7 | Forehead | Sweeney, D. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/19/2022 | 12:00 | 86 | Via Machine | | Sweeney, D. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/19/2022 | 12:00 TOM | 16 | Sweeney, D. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/19/2022 | 12:00 TOM | 131/77 | Left Arm | Lying | Adult-large | Sweeney, D. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/19/2022 | 12:00 TOM | 98 | Room Air | Sweeney, D. RN |

**Exam:**
**General**
   **Affect**
      Yes: Cooperative, Flat
   **Appearance**
      Yes: Alert and Oriented x 3
**Skin**
   **General**
      Yes: Dry, Cool
   **Trauma**
      Yes: Swelling, Abrasion
**Head**
   **General**
      Yes: Symmetry of Motor Function

See Amendment

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M | Race: | BLACK |
| Encounter Date: | 03/19/2022 12:00 | Provider: Sweeney, D. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 03/21/2022 08:49.**

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

4-6-2022
Date

I, OCEANUS PERRY            65754-061    , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

wrist and ankle injury

The following treatment(s) was/were recommended:

bilateral wrist and bilateral ankle x-ray

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

worsening of condition up to and leading to death

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

_B. Carlson_                4-6-2022
CARLSON, B. RT(R)           4-6-2022
Counseled by                Date

_O.P._                      4/6/22
Patient's Signature          Date

_J. Hammer_                  4/6/22
Signature of Witness         Date

TOM—THOMSON ADMIN USP

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

346

3-25-2022
Date

I, OCEANUS PERRY            65754-061   , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

high blood pressure

The following treatment(s) was/were recommended:

eye exam for hypertension

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Worsening of condition up to and leading to death

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

CARLSON, B. RT(R)      3-25-2022
Counseled by           Date

Patient's Signature          Date

Signature of Witness        Date

TOM--THOMSON ADMIN USP



## AUSP Thomson TOM

| | | | |
|---|---|---|---|
| Patient: | **PERRY, OCEANUS (Male)** | "DOB: | 06/01/77 |
| Register#: | **65754-061** | Age: | 44 |
| Date: | 04/08/22 08:59 | Status: | OP |
| Slicecount: | 8. | | |
| History: | in hard restraints x4 days, concern for underlying injury to wrists | | |
| Priors: | , ' | | |
| Exams: | FILM BILATERAL WRISTS | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1649421981.363176

---

**Final Report**

**Exam: FILM BILATERAL WRISTS**

**HISTORY: In hard restraints x4 days, concern for underlying injury to wrists**

**TECHNIQUE: 4 views of each wrist**

**COMPARISON: None**

**RIGHT WRIST FINDINGS: Normal bone mineralization. No acute fracture, dislocation or malalignment.**

**The carpal/intercarpal joint spaces appear maintained. No articular or periarticular erosions.**

**The soft tissues appear unremarkable.**

**LEFT WRIST FINDINGS: Normal bone mineralization. No acute fracture, dislocation or malalignment.**

**The carpal/intercarpal joint spaces appear maintained. No articular or periarticular erosions.**

**The soft tissues appear unremarkable.**

**IMPRESSION:**
**1. Normal alignment of both wrists. No acute bony or joint space abnormalities.**
**2. No radiographic evidence of degenerative, inflammatory or crystalline arthropathy.**

Radiologist:          Justin Yoon, MD

Study ready at 09:12 and initial results transmitted at 09:31



# AUSP Thomson TOM

| | | | |
|---|---|---|---|
| Patient: | **PERRY, OCEANUS (Male)** | DOB: | 06/01/77 |
| Register#: | **65754-061** | Age: | 44 |
| Date: | 04/08/22 09:01 | Status: | OP |
| Slicecount: | 6 | | |
| History: | in hard restraints x4 days, concern for underlying injury to ankles | | |
| Priors: | | | |
| Exams: | FILM BILATERAL ANKLES | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1649421981.363176,
1.2.840.113619.2.305.4.2147483647.1649421997.496308

---

## Final Report

**Exam: FILM BILATERAL ANKLES**

**HISTORY:** in hard restraints x4 days, concern for underlying injury to ankles

**TECHNIQUE:** 3 views of each ankle

**COMPARISON: None**

**RIGHT ANKLE FINDINGS: Normal bone mineralization. No acute fracture, dislocation or malalignment.**

**The ankle mortise joint space is maintained. No osteochondral fracture or defect.**

**Soft tissues appear unremarkable.**

**LEFT ANKLE FINDINGS: Normal bone mineralization. No acute fracture, dislocation or malalignment.**

**The ankle mortise joint space is maintained. No osteochondral fracture or defect.**

**Soft tissues appear unremarkable.**

**IMPRESSION: Normal radiographic examination of the bilateral ankles.**

Radiologist: Justin Yoon, MD

Study ready at 09:04 and initial results transmitted at 09:32



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*

1100 One Mile Road
P.O. Box 1001
Thomson, Illinois 61285

April 27, 2022

MEMORANDUM FOR K. TORRANCE, CASE MANAGER

Syed M Fateh Hyder, MD CWSP    Digitally signed by Syed M Fateh Hyder, MD CWSP
Date: 2022.04.27 08:03:28 -05'00'

FROM:        S. Hyder, Clinical Director

SUBJECT:     SMU - Medical Records Review
             Perry, Oceanus Reg. No. 65754-061

    A review of inmate Perry, Oceanus Reg. No. 65754-061 medical record was conducted on April 27, 2022. This inmate does not have any medical conditions or medications that preclude him from transferring in to the SMU Program. This inmate is medically cleared for transfer.

Thank you for your attention to this matter.

A.KLOEPPING HIT
USP THOMSON
HEALTH SERVICES

 

**Retail**

U.S. POSTAGE PAID
PM
COLEMAN, FL 33521
MAR 19, 2024

61101

**$0.00**

RDC 03

R2304W120478-02

**PRIORITY® MAIL**

xpected delivery date specified for domestic use.

omestic shipments include $100 of insurance (restrictions apply).*

SPS Tracking® service included for domestic and many international destinations.

imited international insurance.**

When used internationally, a customs declaration form is required.

urance does not cover certain items. For details regarding claims exclusions see the
mestic Mail Manual at *http://pe.usps.com*.

ee International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**LAT RATE ENVELOPE**
NE RATE ■ ANY WEIGHT

**RACKED ■ INSURED**

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

Label 400 Jan. 2013
7890-16-000-7948

F July 2022
12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

9114 9999 4431 4620 1616 67

**FROM:** INMATE: OCEANUS PERRY
REGISTER NUMBER 65754-061
FEDERAL CORRECTIONS COMPLEX-
UNITED STATES PENITENTIARY-1
P.O. BOX 1033
COLEMAN, FLORIDA 33521

**TO:** CLERK OF COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
375 SOUTH CHURCH STREET
ROCKFORD, ILLINOIS 61101

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.